HENRI BENDEL, INC. *v.* UNITED STATES

**No. 7201.**—Invoice dated London, England, July 1945.
Certified July 1945.
Entered at New York, N. Y., August 8, 1945.
Entry No. 705268.

(Decided April 18, 1947)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: This appeal involves the question of whether or not the appraiser acted correctly in including as a part of the dutiable values of the merchandise the amount of a so-called British purchase tax. In *United States* v. *Pitcairn,* C. A. D. 334, this same issue was decided by our appellate court in favor of the importer's contention.

This appeal has been submitted for decision upon a stipulation to the effect that the issues herein are the same in all material respects as the issue involved in *United States* v. *Pitcairn, supra,* and the record therein has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amounts added by the importer to meet advances made by the appraiser in similar cases then pending on appeal to reappraisement.

Judgment will be rendered accordingly.

ASSOCIATED MERCHANDISE CORP. ET AL. *v.* UNITED STATES

**No. 7202.**—Invoices dated London, England, April 4, 1946, etc.
Entered at New York, N. Y., April 25, 1946, etc.
Entry No. AD-1017, etc.

(Decided April 18, 1947)

*Barnes, Richardson & Colburn (Eugene F. Blauvelt* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

Undisputed facts establish that the proper basis for appraisement of the instant merchandise is export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), and that such statutory values for the articles in question are the appraised values less additions made on entry because of advances in similar cases.